UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
SOUTHERN DIVISION

------------------------------------------------------------- x
CHAIM KLEIN, et al.,                              :
                                                  :
        Plaintiff,                                :
                                                  :
v.                                                : Civil Action No. H00CV1212
                                                  :
ANTHONY J. POMPLIANO, et al.,                     :
                                                  :
        Defendants.                               :
------------------------------------------------------------- x

## ORDER

Upon consideration of the Stipulation Extending Time for Filing a Responsive Pleading, it is hereby

ORDERED that defendants' last day to move, answer or otherwise respond to plaintiffs' Class Action Complaint in the above-captioned matter shall be extended to the date 45 days after the later of:

1.     Appointment of Lead Plaintiff(s) and Lead Counsel pursuant 15 U.S.C. § 78u-4(a)(3); or

2.     The filing of a consolidated amended complaint in this action.

May 24, 2000
Date

SO ORDERED: _____
United States District Judge

